# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**

v.

Case: 3:00M00317TPS

**Ms. Heide E. Messing**
**30 Proctor Road**
**Townsend, MA  01469**

## MOTION TO DISMISS

The United States Attorney, through the Special Assistant United States Attorney, respectfully requests that the complaint in the above titled matter be dismissed.

William C. Kuebler, CT 25092
Special Assistant U.S. Attorney
District of Connecticut

SO ORDERED:

The Honorable Thomas P. Smith
U.S. Magistrate Judge

Hartford, Connecticut

Dated:  8/8/05