# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**

2005 JUL 28 A 11:12

v.

Case: 3:00M00317TPS

**Ms. Heide E. Messing**
**30 Proctor Road**
**Townsend, MA   01469**

## MOTION TO DISMISS

The United States Attorney, through the Special Assistant United States Attorney, respectfully requests that the complaint in the above titled matter be dismissed.

_____
William C. Kuebler, CT 25092
Special Assistant U.S. Attorney
District of Connecticut

SO ORDERED:

_____
The Honorable Thomas P. Smith
U.S. Magistrate Judge

Hartford, Connecticut

Dated: __8/8/05__